Case 1:25-sw-00178-WBP   Document 1   Filed 03/04/25   Page 1 of 5 PageID# 1

AO 108 (EDVA Version, Rev. 10/20) Application by Telephone or Other Reliable Electronic Means a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Seizure of <br> *(Briefly describe the property to be seized)* <br> DOMAIN NAMES CONTROLLED BY IDENTITY DIGITAL <br> 1) garantex.academy <br> 2) garantex.io | ) ) ) ) ) Case No. 1:25-sw-178 <br> **UNDER SEAL** |

### APPLICATION BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS FOR A WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the __Western__ District of __Washington__ is subject to forfeiture to the United States of America under __18__ U.S.C. § __§ 981(a)(1)(A) and 982(a)(1)__ (*describe the property*):

Domains: garantex.academy and garantex.io (more fully described in Attachment A2 and A3).

18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering, and are subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 982(a)(1)

The application is based on these facts:

Please see the attached affidavit.

☒ Continued on the attached sheet.

*Applicant's signature*
RYAN M SCHMIDT (Digitally signed by RYAN M SCHMIDT, Date: 2025.03.03 22:40:52 -05'00')

S/A Ryan Schmidt, USSS
*Printed name and title*

Reviewed by AUSA/SAUSA:
Zoe Bedell

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. 4.1 by reliable electronic means, specifically __by telephone__ (*describe the means*).

Date: 3/4/2025

City and state: Alexandria, VA

*Judge's signature*

Honorable William B. Porter, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A-2

With respect to:

    garantex.academy

("**SUBJECT DOMAIN NAME 2**"), Identity Digital, which is the top-level authoritative domain registry for **SUBJECT DOMAIN NAME 2**, shall take the following actions to effectuate the seizure of **SUBJECT DOMAIN NAME 2**:

1. Take all reasonable measures to redirect the domain names to substitute servers at the direction of the United States Secret Service, by modifying the **SUBJECT DOMAIN NAME 2** authoritative DNS server entries to include the following:

    a. ns1.usssdomainseizure.com and ns2.usssdomainseizure.com,

    Or:

    b. Any new authoritative name server to be designated by a law enforcement agent in writing, including e-mail, to Identity Digital.

2. Prevent any further modification to, or transfer of, **SUBJECT DOMAIN NAME 2** pending transfer of all right, title, and interest in **SUBJECT DOMAIN NAME 2** to the United States upon completion of forfeiture proceedings, to ensure that changes to the **SUBJECT DOMAIN NAME 2** cannot be made absent court order or, if forfeited to the United States, without prior consultation with United States Secret Service.

3. Take all reasonable measures to propagate the necessary changes through the Domain Name System as quickly as practicable.

4. Provide reasonable assistance in implementing the Terms of this Order and take no unreasonable action to frustrate the implementation of this Order.

5. The Government will display a notice on the website to which the **SUBJECT DOMAIN NAME 2** will resolve. That notice will consist of law enforcement emblems and the following text (or substantially similar text):

"The domain for Garantex has been seized by the United States Secret Service pursuant to a seizure warrant issued by the United States District Court for the Eastern District of Virginia. This investigation is being led by the United States Secret Service and the U.S. Attorney's Office for the Eastern District of Virginia, as well as the Federal Bureau of Investigation and the Criminal Division of the Department of Justice, and with the support of international partners at The Netherlands Police, Europol, the German Federal Criminal Police Office, and the Estonian National Criminal Police."

## **ATTACHMENT A-3**

With respect to:

    garantex.io

("**SUBJECT DOMAIN NAME 3**"), Identity Digital, which is the top-level authoritative domain registry for **SUBJECT DOMAIN NAME 3**, shall take the following actions to effectuate the seizure of **SUBJECT DOMAIN NAME 3**:

1. Take all reasonable measures to redirect the domain names to substitute servers at the direction of the United States Secret Service, by modifying the **SUBJECT DOMAIN NAME 3** authoritative DNS server entries to include the following:

   a. ns1.usssdomainseizure.com and ns2.usssdomainseizure.com,

   Or:

   b. Any new authoritative name server to be designated by a law enforcement agent in writing, including e-mail, to Identity Digital.

2. Prevent any further modification to, or transfer of, **SUBJECT DOMAIN NAME 3** pending transfer of all right, title, and interest in **SUBJECT DOMAIN NAME 3** to the United States upon completion of forfeiture proceedings, to ensure that changes to the **SUBJECT DOMAIN NAME 3** cannot be made absent court order or, if forfeited to the United States, without prior consultation with United States Secret Service.

3. Take all reasonable measures to propagate the necessary changes through the Domain Name System as quickly as practicable.

4. Provide reasonable assistance in implementing the Terms of this Order and take no unreasonable action to frustrate the implementation of this Order.

5. The Government will display a notice on the website to which the **SUBJECT DOMAIN NAME 3** will resolve. That notice will consist of law enforcement emblems and the following text (or substantially similar text):

"The domain for Garantex has been seized by the United States Secret Service pursuant to a seizure warrant issued by the United States District Court for the Eastern District of Virginia. This investigation is being led by the United States Secret Service and the U.S. Attorney's Office for the Eastern District of Virginia, as well as the Federal Bureau of Investigation and the Criminal Division of the Department of Justice, and with the support of international partners at The Netherlands Police, Europol, the German Federal Criminal Police Office, and the Estonian National Criminal Police."