AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>1:25-sw-178 | Date and time warrant executed:<br>3/6/2025 at 1009 hrs | Copy of warrant and inventory left with:<br>Chris Booth |

Inventory made in the presence of:
Ronan McGee

Inventory of the property taken:

    garantex.academy
    garantex.io

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/29/2025

*Executing officer's signature*

Daniel Hays, Special Agent, U.S. Secret Service
*Printed name and title*